HONORABLE JUDGE THOMAS O. RICE

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
hyakely@ecl-law.com
Attorney for Defendant Wilkins

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY SOUTHARD, individually and as Personal Representative for the ESTATE OF CAMERON AYERS,<br><br>Plaintiffs,<br><br>vs.<br><br>KAITE WILKINS, individually and in her official capacity as East Wenatchee Police Officer; CASSANDRA SPERLE, individually and in her official capacity as Department of Corrections Officer; CITY OF EAST WENATCHEE; RANDY HARRISON, individually and in his official capacity as East Wenatchee Police Chief, JOHN and JANE DOE OFFICERS 1-5, of the East Wenatchee Police Department; STATE OF WASHINGTON, | Case No.  2:17-cv-00306-TOR<br><br>NOTICE OF UNAVAILABILITY |

NOTICE OF UNAVAILABILITY
page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

| | |
|---|---|
| DEPARTMENT OF CORRECTIONS; DANIEL PACHOLKE, individually, and in his official capacity as Secretary of The Washington State Department of Corrections; JOHN and JANE DOE OFFICERS 1-5, of the Department of Corrections,<br><br>　　　　　　　　　Defendants. | |

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable on the following dates:

**July 6, 2018 to August 3, 2018.**

Counsel respectfully requests that no hearings be scheduled and that no motions, discovery requests, or other documents that require a response be served on the undersigned during the above time periods.

Dated this 28 day of March, 2018.

　　　　　　　　　　　　　　EVANS, CRAVEN & LACKIE, P.S.

　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　HEATHER C. YAKELY, #28848
　　　　　　　　　　　　　　Attorneys for Defendants

NOTICE OF UNAVAILABILITY
page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Scott A. Volyn:  scott@volynlawfirm.com

Michael E. McFarland: mmcfarland@ecl-law.com

Derek Taylor:  derekt@ag.wa.gov

Jerry Moberg:  jmoberg@jmlawps.com

EVANS, CRAVEN & LACKIE, P.S.

By  s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

NOTICE OF UNAVAILABILITY
page 3

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632