1 | Derek Taylor
Assistant Attorney General
2 | 1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
3 | (509) 458-3539

4

5           **THE HONORABLE THOMAS O. RICE**

6       **UNITED STATES DISTRICT COURT**
      **EASTERN DISTRICT OF WASHINGTON**
7

| | |
|---|---|
| CINDY SOUTHARD, individually and as Personal Representative for the ESTATE OF CAMERON AYERS, | NO. 2:17-cv-00306 |
| | STIPULATION AND ORDER OF DISMISSAL |
| Plaintiffs, | |
| v. | |
| KAITI WILKINS, individually, and in her official capacity as East Wenatchee Police Officer; CASSANDRA SPERLE, individually, and in her official capacity as Department of Corrections Officer; CITY OF EAST WENATCHEE; RANDY HARRISON, individually, and in his official capacity as East Wenatchee Police Chief, JOHN and JANE DOE OFFICERS 1-5, of the East Wenatchee Police Department; STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; RICHARD MORGAN, individually, and in his official capacity as Secretary of The Washington State Department of Corrections; JOHN and JANE DOE OFFICERS 1-5, of the Department of Corrections, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, CINDY SOUTHARD, individually and as Personal Representative for the ESTATE OF CAMERON AYERS, acting by and through SCOTT A. VOLYN, and the Defendants, State of Washington, acting by and through Robert W. Ferguson, Attorney General, and DEREK TAYLOR, Assistant Attorney General, that the above-entitled action as to Defendants RICHARD MORGAN, CASSANDRA SPERLE and WASHINGTON STATE DEPARTMENT OF CORRECTIONS may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendants Richard Morgan, Cassandra Sperle and Washington State Department of Corrections.

DATED this 8TH day of October, 2018.

ROBERT W. FERGUSON
Attorney General

s/Derek Taylor
DEREK TAYLOR, WSBA No. 46944
Assistant Attorney General
Attorneys for Defendants Washington
State Department of Corrections,
Cassandra Sperle, and Richard Morgan

VOLYN LAW FIRM


        s/Scott A. Volyn
SCOTT A. VOLYN, WSBA #21829
Attorney for Plaintiff Cindy Southard

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants Richard Morgan, Cassandra Sperle and Washington State Department of Corrections shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this _____ day of October, 2018.

_____
JUDGE THOMAS O. RICE

Presented by:

ROBERT W. FERGUSON
Attorney General
ROBERT W. FERGUSON
Attorney General

Approved as to Form and
Notice of Presentation Waived:

VOLYN LAW FIRM

____s/Derek Taylor_____
DEREK TAYLOR, WSBA No. 46944
Assistant Attorney General
Attorneys for Defendants Washington
State Department of Corrections,
Cassandra Sperle, and Richard Morgan

____s/Scott A. Volyn_____
SCOTT A. VOLYN, WSBA #21829
Attorneys for Plaintiffs

STIPULATION AND ORDER
OF DISMISSAL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott A. Volyn
Volyn Law Firm
23 S. Mission St., Ste. B
Wenatchee, WA  98801-2213

Michael E. McFarland
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201-0910

Jerry J. Moberg
Jerry Moberg & Associates, P.S.
124 3rd Ave. S.W. / P.O. Box 130
Ephrata, WA 98823-5100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __8th__ of October, 2018, at Spokane, Washington.

        s/Derek Taylor
DEREK TAYLOR, WSBA No. 46944
Assistant Attorney General
Attorney for Defendants Washington State Department of Corrections, Cassandra Sperle, and Richard Morgan
1116 W. Riverside, Suite 100
Spokane WA  99201
509-456-3123 - Telephone
509-458-3548 – Fax
derekt@atg.wa.gov