**HON. THOMAS O. RICE**

JERRY J. MOBERG
jmoberg@jmlawps.com
Jerry Moberg & Associates, P.S.
P.O. Box 130
124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356
Attorney for East Wenatchee Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY SOUTHARD, individually and as Personal Representative for the ESTATE OF CAMERON AYERS,<br><br>Plaintiffs,<br><br>v.<br><br>KAITI WILKINS, individually and in her official capacity as East Wenatchee Police Officer; et al.<br><br>Defendants. | NO. 2:17-cv-00306 TOR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS KAITI WILKINS, CITY OF EAST WENATCHEE, RANDY HARRISON, JOHN and JANE DOE OFFICERS 1-5 of the East Wenatchee Police Department** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff and KAITI WILKINS, individually and in her official capacity as East Wenatchee Police Officer; CITY OF EAST WENATCHEE; RANDY HARRISON, individually, and in his official capacity as East Wenatchee Police Chief, JOHN and JANE DOE OFFICERS 1-5, of the East Wenatchee Police Department that said action may be dismissed with prejudice and without cost to either party.

\\PROLAWSVR\lawdata\Documents\East Wenatchee\Ayers ( Southard ) v East WenatcheeHarrison (CIAW)\Pleadings - Conclusion\483879.doc
STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANTS
Page -- 1

**JERRY MOBERG & ASSOCIATES, P.S.**
P.O. Box 130 ✦ 124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

Stipulated to on this 18th day of December, 2018.

JERRY MOBERG & ASSOCIATES, P.S.


    *s/ Jerry J. Moberg*
_____
JERRY J. MOBERG, WSBA No. 5282
Attorney for City of East Wenatchee,
Randy Harrison and John and Jane Does 1-5

EVANS, CRAVEN & LACKIE, PS


    *s/ Michael E. McFarland*
_____
MICHAEL E. MCFARLAND, WSBA No. 23000
Attorney for Katie Wilkins

VOLYN LAW FIRM


    *s/ Scott A. Volyn*
_____
SCOTT A. VOLYN, WSBA #21829
Attorney for Cindy Southard and
Estate of Cameron Ayers

\\PROLAWSVR\lawdata\Documents\East Wenatchee\Ayers ( Southard ) v East WenatcheeHarrison (CIAW)\Pleadings - Conclusion\483879.doc
STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANTS
Page -- 2

**JERRY MOBERG & ASSOCIATES, P.S.**
P.O. Box 130 ✦ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

# ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come on for hearing without oral argument on stipulation of the parties and it appearing to the Court that all matters in controversy herein have been fully compromised and settled, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this action be and the same is hereby dismissed with prejudice and without cost to either party.

DATED this ___ day of October, 2018.

_____
HON. THOMAS O. RICE

JERRY MOBERG & ASSOCIATES, P.S.


   *s/ Jerry J. Moberg*
JERRY J. MOBERG, WSBA No. 5282
Attorney for City of East Wenatchee,
Randy Harrison and John and Jane Does 1-5

EVANS, CRAVEN & LACKIE, PS


   *s/ Michael E. McFarland*
MICHAEL E. MCFARLAND, WSBA No. 23000
Attorney for Katie Wilkins

\\PROLAWSVR\lawdata\Documents\East Wenatchee\Ayers ( Southard ) v East WenatcheeHarrison (CIAW)\Pleadings - Conclusion\483879.doc
STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANTS
Page -- 3

**JERRY MOBERG & ASSOCIATES, P.S.**
P.O. Box 130 ✦ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

1 VOLYN LAW FIRM

4    *s/ Scott A. Volyn*
SCOTT A. VOLYN, WSBA #21829
Attorney for Cindy Southard and
Estate of Cameron Ayers

\\PROLAWSVR\lawdata\Documents\East Wenatchee\Ayers ( Southard ) v East WenatcheeHarrison (CIAW)\Pleadings - Conclusion\483879.doc
STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANTS
Page -- 4

**JERRY MOBERG & ASSOCIATES, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202