UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY SOUTHARD, individually and as Personal Representative for the ESTATE OF CAMERON AYERS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>KAITI WILKINS, individually, and in her official capacity as East Wenatchee Police Officer; CITY OF EAST WENATCHEE, and RANDY HARRISON,<br><br>　　　　　　　　Defendants. | NO: 2:17-CV-0306-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Defendants Kaiti Wilkins, City of East Wenatchee, and Randy Harrison. ECF No. 37. The parties have stipulated to the dismissal of this action with prejudice and without costs to either party.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs to either party.

2. All pending deadlines and hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to counsel, and close the file.

DATED December 20, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 2